IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEX MALAVE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:01CV212 (CFD)(WIG) |
| | ) | |
| GIOVANNY GOMEZ, ET AL., | ) | |
| | ) | |
| Respondents. | ) | MARCH 23, 2005 |

## APPEARANCE

Please enter the appearance of the undersigned as attorney for the Petitioner, Alex Malave, in the above-captioned matter.

                                                 _____
                                                 Linda L. Morkan (ct 03196)
                                                 ROBINSON & COLE LLP
                                                 280 Trumbull Street
                                                 Hartford, CT  06103-3597
                                                 Tel. No. (860) 275-8219
                                                 Fax No. (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the 23rd day of March, 2005 to:

>David M. Kutzner, Esq.
>James A. Killen, Esq
>Michael E. O'Hare, Esq.
>Office of the Chief State's Attorney
>300 Corporate Place
>Rocky Hill CT 06067

>_____
>Linda L. Morkan

2