UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEX MALAVE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:01CV212 (CFD)(WIG) |
| ) | |
| GIOVANNY GOMEZ, ET AL., ) | |
| ) | |
| Respondents. ) | APRIL 8, 2005 |

MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney Brien P. Horan, respectfully moves to withdraw his appearance as counsel for Petitioner Alex Malave in the above-captioned action.

The undersigned moves to withdraw his appearance because he is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a corporate position with a client of his law firm. His withdrawal will not in any way slow or affect the forward momentum of this litigation. The interests of Alex Malave will be well represented by the following Robinson & Cole lawyer, who also has an appearance in this case: Linda L. Morkan.

PETITIONER,
ALEX MALAVE

By: /s/ Brien P. Horan
Brien P. Horan - ct068670
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel.: (860) 275-8200
Fax: (860) 275-8299
Email: bhoran@rc.com

HART1-1246593-1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the 8th day of April, 2005 to:

>David M. Kutzner, Esq.
>James A. Killen, Esq
>Michael E. O'Hare, Esq.
>Office of the Chief State's Attorney
>300 Corporate Place
>Rocky Hill CT 06067

*Brien P. Horan*
Brien P. Horan