UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALEX MALAVE                                            :
    Petitioner

                                                   :    Civil No. 3:01CV212 (CFD)

v.

GIOVANNY GOMEZ                                 :
JOHN J. ARMSTRONG
    Respondent

## JUDGMENT

This action was commenced by the petitioners' petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2254 and was assigned to the Honorable Christopher F. Droney, United States District Judge; and

The Court has considered the full record of the case including all applicable principles of law, and has filed its Ruling denying the petition, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the petition for a writ of habeas corpus.

Dated at Hartford, Connecticut, this 19th day of July, 2005.

                                                   KEVIN F. ROWE, Clerk

                                                   By _____
                                                      Devorah Johnson
                                                      Deputy Clerk

EOD_____