UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Alex Malave,

    Petitioner,

v.                                      CIVIL NO. 3:01CV212(CFD)

Giovanny Gomez, et al.,

    Respondents.                    August 4, 2005

## NOTICE OF APPEAL

Notice is hereby given that Alex Malave, petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the ruling denying the petitioner's application for a writ of habeus corpus filed by the District Court (Droney, J.) on July 15, 2005.

Petitioner,
ALEX MALAVE

By _____
Linda L. Morkan (ct03196)
lmorkan@rc.com
Michael J. Kolosky (ct 22686)
mkolosky@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

HART1-1273823-1

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Appeal was mailed via first-class mail, postage prepaid, to the following counsel of record on this ___ of August, 2005:

David M. Kutzner, Esq.
James A. Killen, Esq
Michael E. O'Hare, Esq.
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill CT 06067

_____
Michael A. Kolosky