UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEX MALAVE,

    Petitioner,

v.     :     CIVIL NO. 3:01CV212(CFD)

GIOVANNY GOMEZ, ET AL.,

    Respondents.     :     August 25, 2005

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Petitioner, Alex Malave, in addition to the appearance already on file with the Court.

Petitioner,
ALEX MALAVE

By /s/ Hillel Y. Levin
Hillel Y. Levin (ct 26477)
hlevin@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

HART1-1277856-1

- 2 -

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was mailed via first-class mail, postage prepaid, to the following counsel of record on this 25th of August, 2005:

David M. Kutzner, Esq.
James A. Killen, Esq
Michael E. O'Hare, Esq.
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill CT 06067

_____
Hillel Y. Levin