**MANDATE**

FILED

D. Conn.
01-cv-212
Droney, J.
2006 JUN - 8  Garfinkel, M. J.
U.S. DISTRICT COURT
NEW HAVEN, CT

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 1ˢᵗ day of March two thousand six,

Present:

Hon. Dennis Jacobs,
Hon. Rosemary S. Pooler,
Hon. John R. Gibson,*
*Circuit Judges.*



---

Alex Malave,

Petitioner-Appellant,

v.                                                    05-4209-pr

Giovanny Gomez,

Respondent-Appellee.

---

Appellant, through counsel, moves for a certificate of appealability. Upon due consideration, it is ORDERED that the motion is DENIED and the appeal is dismissed because appellant has failed to make a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Miller-El v. Cockrell</u>, 537 U.S. 322 (2003).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

---

*The Honorable John R. Gibson, Senior Judge of the United States Court of Appeals for the Eighth Circuit, sitting by designation.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

Issued as Mandate: **MAY 3 0 2006**